**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:23-cr-00585 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| KAYLA S. GOUDLOCK, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jonthan D. Greenberg regarding the change of plea hearing of Kayla S. Goudlock which was referred to the Magistrate Judge with the consent of the parties.

On November 1, 2023, the Government filed a multi-defendant, 34 count Indictment, charging Defendant Kayla S. Goudlock (4) with the following: Count 1, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B) and (b)(1)(C); and Count 9, International Money Laundering Conspiracy, in violation of Title 18 U.S.C. §§ 1956(h) and 2. Defendant Kayla S. Goudlock (4) was arraigned on November 14, 2023, during which Kayla S. Goudlock (4) entered a plea of not guilty to the charges. On October 23, 2025, Magistrate Judge Jonathan D. Greenberg received Defendant Kayla S. Goudlock's plea of guilty to Count 1 and 9 of the Indictment, with a written plea agreement, and issued the R&R, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Kayla S. Goudlock (4) is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Kayla S. Goudlock (4) is adjudged guilty of Count 1 of the Indictment, Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, in violation of Title 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(C), and Count 9, International Money Laundering Conspiracy, in violation of Title 18 U.S.C. §§ 1956(a)(2) and (h). This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will take place on February 17, 2026, at 11:00 a.m. in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz*    2/13/2026
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE